**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Robert Cy MANN, Defendant—**
**Appellant.**

**No. 05–6615.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 25, 2006.

Decided: Feb. 14, 2006.

Robert Cy Mann, Appellant Pro Se. Darryl James Mitchell, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Cy Mann seeks to appeal the district court's orders of February 17, 2005, and April 22, 2005, denying his motions to reconsider. The orders, which derive from the denial of a motion under 28 U.S.C. § 2255 (2000), are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000); *see Reid v. Angelone,* 369 F.3d 363, 369 (4th Cir.2004).

A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Mann has not made the requisite showing.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*